# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

MANEY CASIANO,                          )
                                        )
         Plaintiff                      )
                                        )
v.                                      )     2:11-cv-00226-DBH
                                        )
SOCIAL SECURITY ADMINISTRATION          )
COMMISSIONER,                           )
                                        )
         Defendant                      )

## RECOMMENDED DECISION

Maney Casiano, who has been granted leave to proceed in forma pauperis in this court,

has filed a complaint and an amended complaint. Mail sent to the address Casiano provided the

court has been returned as undeliverable. (Doc. No. 8). The pleadings filed by Casiano are

incomprehensible, except it appears that she is trying to sue the Social Security Administration

for money damages. Casiano aligns herself with Native Americans and purports to bring the

action on behalf of the American Indian Movement.

With regards to a proceeding in forma pauperis such as this, the United States Congress

has directed: "[T]he court shall dismiss the case at any time if the court determines that -- ... (B)

the action...-- (i) is frivolous or malicious; (ii) fails to state a claim on which relief may be

granted; or (iii) seeks monetary relief against a defendant who is immune from such relief." 28

U.S.C. § 1915(e)(2)(B). "Dismissals [under 28 U.S.C. § 1915] are often made sua sponte prior

to the issuance of process, so as to spare prospective defendants the inconvenience and expense

of answering such complaints." Neitzke v. Williams, 490 U.S. 319, 324 (1989) (citing Franklin

v. Murphy, 745 F.2d 1221, 1226 (9th Cir. 1984)); accord Denton v. Hernandez, 504 U.S. 25, 33

(1992); see also Mallard v. U.S. Dist. Ct. S. D. Iowa, 490 U.S. 296, 307-308 (1989) ("Section

1915(d), for example, authorizes courts to dismiss a 'frivolous or malicious' action, but there is little doubt they would have power to do so even in the absence of this statutory provision.").

I conclude that this court has no option but to dismiss this incomprehensible complaint. Casiano was warned that the complaint would have to be amended and clarified and the proposed amended complaint simply presented more of the same in terms of the sparse allegations. I recommend that the matter be summarily dismissed from the docket.

NOTICE

A party may file objections to those specified portions of a magistrate judge's report or proposed findings or recommended decisions entered pursuant to 28 U.S.C. § 636(b)(1)(B) for which *de novo* review by the district court is sought, together with a supporting memorandum, within fourteen (14) days of being served with a copy thereof. A responsive memorandum shall be filed within fourteen (14) days after the filing of the objection.

Failure to file a timely objection shall constitute a waiver of the right to *de novo* review by the district court and to appeal the district court's order.

/s/ Margaret J. Kravchuk
U.S. Magistrate Judge

June 21, 2011