# UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

| | |
|---|---|
| MANEY CASIANO, ) )        **Plaintiff** ) ) v. ) ) MICHAEL J. ASTRUE, ) **Commissioner of Social Security,** ) )        **Defendant** ) | **Civil No. 2:11-cv-226-DBH** |

## ORDER AFFIRMING RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On June 21, 2011, the United States Magistrate Judge filed with the court, with copies to the parties, her Report and Recommended Decision. The time within which to file objections expired on July 8, 2011, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **Ordered** that the Recommended Decision of the Magistrate Judge is hereby **Adopted**. The matter is **Dismissed**.

**So Ordered.**

**Dated this 12th day of July, 2011**

/s/ D. Brock Hornby
**D. Brock Hornby**
**United States District Judge**